# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
JUL 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JOSE ORTEGA-RODRIGUEZ | CASE NUMBER: 08CR2469-IEG |

I, __JOSE ORTEGA-RODRIGUEZ__, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __7-24-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Jose Ortega-R_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer